FRED L. MOLLER, Appellant, v. ELLINOR H. MOLLER, Respondent.— In an action for divorce by a husband, he appeals from a decision and from the judgment entered thereon dismissing his complaint after trial. Judgment unanimously affirmed, with costs. No opinion. Appeal from decision dismissed, without costs, as not appealable. Present — Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BELLACH, Appellant.— Order of the County Court of Richmond County denying defendant's motion in the nature of *coram nobis* to set aside a judgment rendered on December 14, 1934, convicting him of the crime of robbery in the first degree while armed affirmed. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTHER BERNSTEIN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of violation of section 215 of the Sanitary Code of the City of New York (keeping a noisy dog), and suspending sentence, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND HUGO ANTHONY CHIARELLO, Appellant.— Appeal by defendant from a judgment of the County Court of Queens County, convicting him of robbery in the second degree on his plea of guilty and sentencing him to a term of not less than three years nor more than ten years. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON HIRSCH, Appellant.— Defendant appeals from a judgment of the County Court of the County of Kings convicting him, upon a plea of guilty, of the crime of petit larceny, and from two orders of the said court denying his motions in the nature of *coram nobis* to vacate the said judgment and to permit the withdrawal of the guilty plea. Judgment reversed and the matter remitted to the County Court for resentencing. A person may not be sentenced to serve a term of imprisonment in a penitentiary and at the same time have a fine imposed upon him, as punishment upon conviction of a crime. (Correction Law, § 203, subd. [f]; *People* v. *DeLeen,* 290 N. Y. 310.) Orders affirmed. Although there appears to be at least grave doubt that appellant in fact committed any crime, he did plead guilty upon a prosecution which was based on an indictment which is apparently valid on its face, and the record conclusively establishes that the plea was not induced by any official fraud. (See *People* v. *Warnbrand,* 278 App. Div. 956.) Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.